151 A.3d 976

WILLIAM W. LISOWSKI AND CLARA E. LISOWSKI, PLAINTIFFS,
v. BOROUGH OF AVALON, DEFENDANT-PETITIONER, AND STATE OF NEW JERSEY TIDELANDS RESOURCE COUNCIL, DEFENDANT-RESPONDENT AND ANOTHER RELATED CASE.

FILED September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-0065/3947-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.